# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

-------------------------

Case No. 6D2025-0232
Lower Tribunal No. 2020-CA-005300

-------------------------

ELAYNE CONRIQUE,

Appellant,

v.

DIEUVELLA MORICETTE,

Appellee.

-------------------------

Appeal from the Circuit Court for Orange County.
Jay P. Cohen, Judge.

February 3, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.

Jose G. Oliveira, of Parti & Oliveira, PLLC, Orlando, Raymer F. Maguire, III, of Maguire Eminent Domain, P.A., Orlando, and Armando R. Payas, of Payas Payas & Payas, Orlando, for Appellant.

Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED